# UNITED STATES DISTRICT COURT

## for the

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jaze Ltd., | |
| Plaintiff, | 7:24-cv-00256-CS |
| -v.- | |
| Charlie Duncan Green, | |
| Defendant. | March 18, 2024 |

## NOTICE OF APPEARANCE OF COUNSEL

TO:   THE CLERK OF COURT AND ALL PARTIES OF RECORD.

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for plaintiff**, Jaze Ltd.**

Dated:  Greenwich, Connecticut            Respectfully submitted,
March 18, 2024

                                        /s/ Gerard N. Saggese III
Gerard N. Saggese III, GS5346
WHITMAN BREED ABBOTT & MORGAN LLC
500 West Putnam Avenue
Greenwich, Connecticut 06830
gsaggese@wbamct.com
Tel: (203) 869-3800
Fax: (203) 869-1951

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2024 a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/ Gerard N. Saggese III
Gerard N. Saggese III, GS5346
WHITMAN BREED ABBOTT & MORGAN LLC
500 West Putnam Avenue
Greenwich, Connecticut 06830
gsaggese@wbamct.com
Tel: (203) 869-3800
Fax: (203) 869-1951