**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JAZE LTD.,

        *Plaintiff*,

   v.

CHARLIE DUNCAN GREEN,

        *Defendants*.

CASE NO. 7:24-CV-256

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Elizabeth C. Viele, Esq. of the law firm Fox Rothschild LLP, is admitted to practice in this court and hereby enters her appearance as counsel for defendant Charlie Duncan Green to represent him in connection with the above-captioned proceeding.  Ms. Viele's address, telephone number, and email address are:

    Fox Rothschild LLP
    101 Park Avenue, Suite 1700
    New York, NY 10178
    Tel: 212-878-7900
    Fax: 212-692-0940
    eviele@foxrothschild.com

Dated: April 1, 2024        **FOX ROTHSCHILD LLP**

        *Attorneys for Charlie Duncan Green*

        By:/s*/ Elizabeth C. Viele*
          Elizabeth C. Viele, Esq.
          101 Park Avenue, Suite 1700
          New York, New York 10178
          Tel: (212) 878-7900
          Fax: (212) 692-0940
          eviele@foxrothschild.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused this Notice of Appearance to be electronically filed with the Clerk of the Court by using the Court's CM/ECF system, and accordingly served the parties who receive notice of filing via the Court's CM/ECF system.

I also hereby certify that a true copy of the above and foregoing notice was delivered by mail to:

Michael Lee (ML5346)
Lee Law PLLC
57 West 38th Street, 11th Floor
New York, NY 10018


Gerald N. Saggese III (GS 5346)
Whitman Breed Abbot & Morgan LLC
500 West Putnam Avenue
Greenwich, CT 06830


Dated:  April 01, 2024                                  By:/s/ *Elizabeth C. Viele*
                                                                                                             Elizabeth C. Viele, Esq.
                                                                                                             101 Park Avenue, Suite 1700
                                                                                                             New York, New York 10178
                                                                                                             Tel: (212) 878-7900
                                                                                                             Fax: (212) 692-0940

                                                                                                             eviele@foxrothschild.com