UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAZE LTD.,<br><br>   Plaintiff,<br><br>  v.<br><br>CHARLIE DUNCAN GREEN,<br><br>   Defendant. | Case No. 7:24-CV-256<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Timothy C. Matson, Esq., hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Charlie Duncan Green, in the above-captioned action.

  I am a member in good standing of the bar of the State of Minnesota, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the declaration pursuant to Local Rule 1.3.

Dated: April 1, 2024
  submitted, Minneapolis, MN

Respectfully

**FOX ROTHSCHILD LLP**

 /s/ Timothy C. Matson
Timothy C. Matson
33 South 6th Street Suite 3600
Minneapolis, Minnesota  55402
T: (612) 607-7064
F: (612) 607-7100

*Attorneys for Defendant Charlie Duncan Green*

156650474.1