UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAZE LTD., <br><br> Plaintiff, <br><br> v. <br><br> CHARLIE DUNCAN GREEN, <br><br> Defendant. | Case No. 7:24-CV-256 <br><br> **DECLARATION OF TIMOTHY C. MATSON, ESQ. IN SUPPORT OF *PRO HAC* MOTION** |

I, Timothy C. Matson, Esquire, pursuant to 28 U.S.C. § 1746, hereby depose and state under the penalty of perjury that the following is true and correct, based upon personal knowledge:

1. I am counsel with the law firm of Fox Rothschild LLP, 33 South 6th Street, Suite 3600, Minneapolis, Minnesota 55402. My telephone number is 612-607-7064.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the State of Minnesota.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me in any state or federal court.

7. WHEREFORE, your declarant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned matter for Defendant Charlie Duncan Green.

8. I declare under the penalties of perjury, pursuant to 28 U.S.C. § 1746, that this declaration is true and correct to the best of my knowledge, information, and belief.

Executed on April 1, 2024    /s/ *Timothy C. Matson*

2

156650474.1

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

TIMOTHY CART MATSON

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

May 8, 1992

Given under my hand and seal of this court on

March 29, 2024

*Emily J. Eschweiler*

Emily J. Eschweiler, Director
Office of Lawyer Registration