UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAZE LTD., <br><br> Plaintiff, <br><br> v. <br><br> CHARLIE DUNCAN GREEN, <br><br> Defendant. | Case No. 7:24-CV-256 <br><br> **ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Timothy C. Matson, Esq., for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Minnesota; and that his contact information is as follows:

Applicant's Name: Timothy C. Matson
Firm Name: Fox Rothschild LLP
Address: 33 South 6th Street, Suite 3600
City / State / Zip: Minneapolis, Minnesota 55402
Telephone / Fax: (612) 607-7064 / (612) 607-7100

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Charlie Duncan Green in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____               _____
                                                          United States District/Magistrate Judge

156650474.1