Michael Lee (ML 6353)
Lee Law PLLC
57 West 38th St, 11th Floor
New York, NY 10018
Telephone: (212) 621-8239

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAZE LTD.,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>CHARLIE DUNCAN GREEN,<br><br>　　　　*Defendant*. | CASE NO.  1:24-CV-00256 (PAE)<br><br>**DECLARATION OF SERVICE** |

　　　　MICHAEL LEE, hereby affirms and states under penalty of perjury as prescribed by 28 U.S.C. § 1746:

　　　　1.　　I am an active member of the bar of the State of New York and a Partner with the law firm of Lee Law PLLC.

　　　　2.　　On June 6, 2024, I served the Order dated June 4, 2024 via email to all counsel of record.

Dated: June 6, 2024

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Michael Lee (ML 6353)
　　　　　　　　　　　　　　　　　　　　　　　Lee Law PLLC
　　　　　　　　　　　　　　　　　　　　　　　57 West 38th St, 11th Floor
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10018
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 621-8239