

Michael Lee
Lee Law PLLC
michael@leelawservices.com
212.621.8239

June 20, 2024

**VIA ECF**
Honorable Katharine H. Parker
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Jaze Ltd. v. Charlie Duncan Green*; 1:24-cv-00256 (PAE)

Dear Magistrate Judge Parker:

      Plaintiff Jaze Ltd. ("Plaintiff") is represented by Michael Lee of Lee Law Services PLLC and Gerard N. Saggese III of Whitman Breed Abbott & Morgan LLC.  Defendant Charlie Duncan Green ("Defendant") is represented by Elizabeth Chew Viele and Timothy Matson of Fox Rothschild LLP.

      Plaintiff writes to respectfully request an adjournment of the June 27, 2024 conference; this is the first such request. I have a conflicting court conference in the Southern District scheduled for this time. Therefore, it is respectfully requested that this Court's conference be adjourned. Further, it is respectfully requested that the June 27th conference be adjourned *sine die* since the parties have not commenced discovery and not yet fully informed as to participate meaningfully in a settlement conference. Defendant consents to this request.

      Thank you for your consideration.

Respectfully Submitted,

**LEE LAW PLLC**

By: _____
    Michael Lee (ML 6353)

cc: Counsel of Record (via ECF)