

```
                                        USDC SDNY
                                        DOCUMENT
                                        ELECTRONICALLY FILED
                                        DOC #:_____
                                        DATE FILED: 06/21/2024
```

                                              **Michael Lee**
                                              Lee Law PLLC
                                              michael@leelawservices.com
                                              212.621.8239

                                              June 20, 2024

**VIA ECF**
Honorable Katharine H. Parker
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED**

*/s/ Katharine H. Parker/*

Hon. Katharine H. Parker, U.S.M.J.

06/21/2024

                                 **Re:** *Jaze Ltd. v. Charlie Duncan Green*; **1:24-cv-00256 (PAE)**

Dear Magistrate Judge Parker:

      Plaintiff Jaze Ltd. ("Plaintiff") is represented by Michael Lee of Lee Law Services PLLC and Gerard N. Saggese III of Whitman Breed Abbott & Morgan LLC. Defendant Charlie Duncan Green ("Defendant") is represented by Elizabeth Chew Viele and Timothy Matson of Fox Rothschild LLP.

      Plaintiff writes to respectfully request an adjournment of the June 27, 2024 conference; this is the first such request. I have a conflicting court conference in the Southern District scheduled for this time. Therefore, it is respectfully requested that this Court's conference be adjourned. Further, it is respectfully requested that the June 27th conference be adjourned *sine die* since the parties have not commenced discovery and not yet fully informed as to participate meaningfully in a settlement conference. Defendant consents to this request.

      Thank you for your consideration.

                                              Respectfully Submitted,

                                              **LEE LAW PLLC**

                                              By: _____/s/ Michael Lee_____
                                                      Michael Lee (ML 6353)

cc: Counsel of Record (via ECF)