UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAZE LTD.,<br><br>                          Plaintiff,<br>        -v-<br><br>CHARLIE DUNCAN GREEN,<br><br>                          Defendant. | 24 Civ. 256 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed the letter-motion for production of discovery materials filed by defendant Charlie Duncan Green. Dkt. 25. To the extent the motion is opposed, plaintiff, consistent with this Court's Individual Rules governing discovery disputes, is directed to file a response that states the basis upon which it opposes Green's request. The response should be filed no later than Monday, October 28, 2024. For avoidance of doubt, pending the Court's resolution of this dispute, the current discovery schedule remains in place.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: October 23, 2024
       New York, New York