UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAZE LTD.,

                              Plaintiff,

-v-

CHARLIE DUNCAN GREEN,

                              Defendant.

24 Civ. 256 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On November 26, 2024, the Court held a telephonic conference to resolve outstanding discovery disputes. The Court resolved the letter-motions pending at Dockets 27–28 for the reasons stated on the record. As directed on the call, the parties are to submit a revised case management plan no later than Monday, December 2, 2024.

The Clerk of Court is respectfully directed to close all pending motions.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 26, 2024
       New York, New York