UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAZE LTD.<br><br>                    Plaintiff,<br><br>     v.<br><br>CHARLIE DUNCAN GREEN<br><br>                    Defendant. | Case No. 7:24-Civ.-00256 (PAE)<br><br>**STIPULATION OF VOLUNTARY DISMISSAL AGAINST DEFENDANT PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the below referenced parties and/or their respective counsel(s), that the above-captioned action is voluntarily dismissed, with prejudice, against defendant pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs, including attorneys' fees, in relation to this action.

Dated: January 6, 2025

_____  
  Michael Lee (ML6363)  
  Lee Law PLLC  
  57 West 38th Street, 11th Floor  
  New York, NY 10018  
  Telephone: (212) 621-8239

*Attorney for Plaintiff*

_____  
Timothy C. Matson (Pro Ha Vice)  
Qasim Haq (_____)  
Fox Rothschild LLP  
101 Park Avenue, 17th Floor  
New York, NY 10178  
(212) 878-7900

*Attorneys for Defendant*

**SO ORDERED:**

Date:_____, 2025

_____  
U.S. District Court Judge

Doc ID: 826761e5f761c4a49d61167552be5a69811da4ef